UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARQUITA BROWN | CIVIL ACTION |
| VERSUS | NO: 26-1592 |
| LCMC TULANE LAKESIDE HOSPITAL, ET AL. | SECTION: "A" (2) |

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff Marquita Brown's complaint is **DISMISSED WITH PREJUDICE**.

November 3, 2026

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE